## Joe HACKNEY, Appellant, v. STATE of Texas, Appellee.

### No. 20764.

Court of Criminal Appeals of Texas.
Oct. 11, 1939.

W. M. Futch, of Henderson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for arson. The punishment assessed is confinement in the state penitentiary for a term of two years.

The record is before us with a verified affidavit signed by the appellant, in which he requests that the appeal be dismissed.

The motion is granted as prayed for and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.